# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                          CASE NO. 8:96-CR-206-T-17

BLAS M. MARTINEZ

_____/

## <u>ORDER</u>

      This cause comes before the Court on motion for motion for modification of a sentence (Docket No. 105).  The Court appointed counsel in this case from the United States Federal Public Defender's Office.  The Court required responses from the United States Probation Office, the government, and the defendant.  The Court has received and reviewed the responses of the government and the defendant (Docket Nos. 109 and 112  and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment).   The government and the probation office agree that the defendant, who was sentenced as a career offender, is not eligible for a reduction in sentence based on the amended guidelines.  In addition, the Court cites to the opinions in *United States v Tingle*, Case No. 08-1777 (8th Cir. 2008) (wherein the court found that the Sentencing Commission "did not lower the sentencing range for career offenders" which is what set Mr. Tingle's sentencing range) and *United States v Moore*, 541  F.3d 1323 (11th Cir. 2008) (finding that the retroactive amendment was inapplicable in sentences for career offenders), the same as the defendant in this case.  Accordingly, it is.

**ORDERED** that the motion for modification of sentence, the requested modification based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 105) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 6th day of November, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record